UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
United States District Court
Southern District of Texas
**ENTERED**
December 03, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| PATRICK GONZALES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-3085 |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Before the Court is the parties' dispute over whether Texas Civil Practice and Remedies Code section 18.001 will control how plaintiff Patrick Gonzales establishes the reasonableness and necessity of medical expenses incurred. Dkt. 66. The Court has already ruled on this issue. Dkt. 53. Gonzales seeks reconsideration of the Court's ruling.

The Court declines now to alter its prior ruling on Section 18.001 of the Texas Civil Practice and Remedies Code.

SIGNED this day 3rd day of December, 2019.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge