**Preston, Deanna**

| | |
|---|---|
| **From:** | Warnock, Julie |
| **Sent:** | Wednesday, February 26, 2020 8:32 AM |
| **To:** | Mo Taherzadeh |
| **Cc:** | Preston, Deanna |
| **Subject:** | Re: Patrick Gonzales - Status Today |

Mo: Defendant accepts your settlement demand of $75K. I now consider this case settled, and will forward closing documents next week, as I am traveling for the rest of the week. Will your office file a Notice of Settlement with the Court so we can avoid our joint pre-trial order due Friday?

Sincerely,
Julie C. Warnock

Get Outlook for iOS

**From:** Mo Taherzadeh <mo@taherzadehlaw.com>
**Sent:** Thursday, February 13, 2020 1:32 PM
**To:** Warnock, Julie
**Subject:** Re: Patrick Gonzales - Status Today

Yes, interested in settlement. Mr. Hadi is in trial so I cannot reach him. Best I can do is $75k now.

On Thu, Feb 13, 2020 at 12:49 PM Warnock, Julie <jwarnock@bushramirez.com> wrote:

> Mo: I've got to get a status to my client on this case today. Do you have any settlement demand you want me to communicate? Any further interest/movement in settlement?
>
> Thanks,
>
> **Julie C. Warnock**
>
> **Member, Bush + Ramirez**
>
> 5615 Kirby Drive
>
> Suite 900
>
> Houston, Texas 77005
>
> 713 626 1555 Main

1

**EXHIBIT A**

713 622 8077 Fax

jwarnock@bushramirez. com

www.bushramirez.com

# BUSH + RAMIREZ

This email is confidential, intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, attorney-client material, or exempt from disclosure under applicable law. If you receive this message in error, or are not the named recipient(s), please notify the sender at the phone number above, do not copy this message, do not disclose its contents to anyone, and delete this email message from your computer. Thank you, Bush & Ramirez, PLLC.

--
_____
Mo Taherzadeh
Attorney at Law

Board Certified Labor & Employment Law
Texas Board of Legal Specialization

Taherzadeh, PC
550 Post Oak Blvd, Suite 580
Houston, TX 77027
Tel.  (713)  360-6055
Cell   (713) 202-1321
mo@taherzadehlaw.com

Confidentiality Statement: This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 713.360.6055 and return the original message to us at Taherzadeh, PC 550 Post Oak Blvd, Suite 580, Houston, Texas 77027 via the United States Postal Service.